**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOSEPH PIERRE-LOUIS, A35363189　　　　* | |
| 　　　Petitioner | |
| 　　　　　　　　　　　　　　　　　* | |
| 　　　v.　　　　　　　　　　　　　　　 | CIVIL ACTION NO. RWT-05-2337 |
| 　　　　　　　　　　　　　　　　　* | |
| ALBERTO GONZALEZ, | |
| 　　　Respondent　　　　　　　　　* | |
| 　　　　　　　　　　　　****** | |

## MEMORANDUM OPINION

On August 24, 2005, this Petition for Writ of Habeas Corpus was received for filing in this court. Petitioner seeks to compel the Department of Homeland Security to release him from its custody pending his removal. Petitioner is subject to a final order of removal and does not contest his deportation. Paper No. 1.

Petitioner is a native and citizen of Haiti who was admitted to the United States as a lawful permanent resident in 1977. On January 10, 1992, Petitioner was convicted of Wrongful Opening, Tampering, Theft, Secretion, and Destruction of US Mail and sentenced to one year incarceration by a General Court Martial in Camp Pendleton, California. Paper No. 3. On February 10, 1999, Petitioner was convicted in the Circuit Court of Maryland for Montgomery County of theft over three hundred dollars. Id. On October 20, 2004, ICE issued a Notice to Appear, charging Petitioner as removable as an alien convicted of two crimes of moral turpitude not relating to the same occurrence, and as an alien convicted of an aggravated felony. See former § 237(a)(2)(A)(ii)–(iii) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1227(a)(2)(A)(ii)–(iii). Paper No. 3, Exh. 1.

On October 29, 2004, Petitioner was taken into ICE custody. On January 6, 2005, the Immigration Judge found Petitioner removable as charged and ordered Petitioner's deportation to

Haiti. Id. Exh. 2. He did not seek further review.

On October 28, 2005, Petitioner was released from ICE custody under an Order of supervision. Id. Exh. 3. Petitioner confirms his release. Paper No. 4. In light of this information, Petitioner's habeas challenge to his post-order detention under Zadvydas v. Davis, 505 U.S. 277 (2001), has been rendered moot.

A separate Order shall be entered dismissing this Petition without oral hearing.

| | |
|---|---|
|  10/28/05  |  /s/  |
| Date | ROGER W. TITUS |
| | UNITED STATES DISTRICT JUDGE |